**Gregory Alan ADAMS, Jr.,
Plaintiff-Appellant,**

v.

**NEW HANOVER COUNTY DETENTION FACILITY; Trinity Food Service, Defendants-Appellees.**

No. 17-6866

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 21, 2017

Gregory Alan Adams, Jr., Appellant Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Alan Adams, Jr., appeals the district court's order denying his motions to amend his previously dismissed complaint and to compel the production of certain documents. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adams v. New Hanover Cty. Det. Facility*, No. 5:16-ct-03020-D (E.D.N.C. June 30, 2017). We further deny Adams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*